In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-173 CR


NO. 09-07-174 CR


____________________



MARK CAMPBELL, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court 


Jefferson County, Texas


Trial Cause Nos. 93045, 94306 






MEMORANDUM OPINION


 Mark Campbell was convicted and sentenced on two indictments for possession of a
controlled substance. Campbell filed notices of appeal on March 22, 2007. The trial court
entered certifications of the defendant's right to appeal in which the court certified that these
are plea-bargain cases and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certifications have been provided to the Court of Appeals by the
district clerk.

 On April 3, 2007, we notified the parties that the appeals would be dismissed unless
amended certifications were filed within thirty days of the date of the notice and made a part
of the appellate records. See Tex. R. App. P. 37.1. The records have not been supplemented
with amended certifications.

 Because certifications that show the defendant has the right of appeal have not been
made part of the records, the appeals must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED. 



 ________________________________

 STEVE McKEITHEN

 Chief Justice



Opinion Delivered May 16, 2007

Do Not Publish


Before McKeithen, C.J., Kreger and Horton, JJ.